IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| REBECCA KATHLEEN WINKLE, § | |
| § | |
| Plaintiff/Counter-Defendant, § | |
| § | |
| v. § | |
| § | |
| MINNESOTA LIFE INSURANCE § | Civil Action No. 3:15-cv-00207-TAV-HBG |
| COMPANY, JAY MARTIN, ATCHLEY § | |
| FUNERAL HOME, INC., and § | |
| URBAN-WINKLER FUNERAL § | |
| HOME, INC., § | |
| § | |
| Defendants. § | |

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

Defendant Minnesota Life Insurance Company, pursuant to Federal Rule of Civil Procedure 41(c)(1), gives notice that it is voluntarily dismissing, without prejudice, its cross-claims against Atchley Funeral Home, Inc. and Urban-Winkler Funeral Home, Inc.

    Respectfully submitted,

    s/ Chad E. Wallace (BPR No. 021741)
    Chad E. Wallace, BPR No. 021741
    BAKER, DONELSON, BEARMAN,
      CALDWELL & BERKOWITZ, P.C.
    100 Med Tech Parkway, Suite 200
    P.O. Box 3038
    Johnson City, Tennessee 37602
    Telephone: (423) 928-0181
    Facsimile: (423) 979-7639
    cwallace@bakerdonelson.com

    *Counsel for Defendant*
      *Minnesota Life Insurance Company*

CERTIFICATE OF SERVICE

       I hereby certify that on May 26, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

       A true and exact copy of the foregoing has also been served upon the following parties in interest herein by mailing same to the party or the offices of counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Urban-Winkler Funeral Home, Inc.
c/o Wade Winkler, Registered Agent
513 West 8th Street
Connersville, Indiana 47331

Gary E. Smith
SMITH HARVEY LAW OFFICE
324 Central Avenue
Connersville, Indiana 47331

Richard T. Wallace
WALLACE & ASSOCIATES
109 Parkway, Suite 2
Sevierville, Tennessee 37862

                                    s/ Chad E. Wallace
                                    Chad E. Wallace, BPR No. 021741
                                    BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ, P.C.
                                    100 Med Tech Parkway, Suite 200
                                    P.O. Box 3038
                                    Johnson City, Tennessee 37602
                                    Telephone: (423) 928-0181
                                    Facsimile: (423) 979-7639
                                    cwallace@bakerdonelson.com

Page 2 of 2

J CEW 148038 v1
2824965-000029 05/22/2015
Case 3:15-cv-00207-TAV-HBG   Document 12   Filed 05/26/15   Page 2 of 2   PageID #: 91